# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL GILLAM,           :   No. 40 MM 2016

         Petitioner

         v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

         Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2016, the Petition for Leave to File an Appeal *Nunc Pro Tunc* is **DENIED**.